**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01351-001-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Duraid Hussein, | |
| Defendant. | |

Pending before the Court is the Defendant's Motion to Dismiss (Doc. 42). The Defendant does not contest that at the time he was sentenced for his aggravated assault conviction he had a prior felony conviction for criminal damage within the previous ten years. Pursuant to Arizona state law if the Defendant has a prior felony conviction, this aggravating circumstance "shall be found to be true by the court." A.R.S. 13-702(C). Further, pursuant to Arizona law, it is the Court's obligation to consider whether "the defendant was previously convicted of a felony within the ten years immediately preceding the date of the offense." A.R.S. 13-701 (D)(11). Because there is no dispute that the Defendant had such a felony, and that such a felony constitutes an aggravating circumstance, the Defendant, under the state law of Arizona, was eligible to receive the maximum term of 1.5 years. A.R.S. 13-702(D). Accordingly,

| | |
|---|---|
| 1 | IT IS ORDERED that Defendant's Motion to Dismiss (Doc. 42) is denied. |
| 2 | No excludable delay shall occur from the entry of this Order. |
| 3 | Dated this 22nd day of October, 2018. |

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge